**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   JESSE L SCALES                   §     Case No.: 04-46748
         MONICA F SCALES                  §
                                          §
                                          §
         Debtor(s)                        §

------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/21/2004.

2) This case was confirmed on 03/24/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/24/2005, 12/06/2007.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/06/2006, 06/04/2007.

5) The case was completed on 09/09/2009.

6) Number of months from filing to the last payment: 57

7) Number of months case was pending: 60

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 25,650.00

10) Amount of unsecured claims discharged without payment $ 89,967.71

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 70,047.80 |
| Less amount refunded to debtor | $ 1,147.80 |
| **NET RECEIPTS** | $ 68,900.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,300.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 4,232.79 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,532.79 |
| Attorney fees paid and disclosed by debtor | $ 500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SIR FINANCE | UNSECURED | 920.00 | 1,088.00 | 1,088.00 | 194.15 | .00 |
| AMERICAN AIRLINES C | SECURED | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 2,125.60 |
| AMERICAN AIRLINES C | UNSECURED | NA | 1,985.99 | 1,985.99 | 355.83 | .00 |
| LORD & TAYLOR | UNSECURED | 498.00 | 554.03 | 554.03 | 102.86 | .00 |
| LORD & TAYLOR | UNSECURED | NA | 657.82 | 657.82 | 117.86 | .00 |
| AMERICAN GENERAL FIN | SECURED | 5,428.00 | 3,984.09 | 3,984.09 | 3,984.09 | 585.79 |
| CITIBANK NA | SECURED | 3,300.00 | 8,142.87 | 6,290.00 | 6,290.00 | .00 |
| CITIBANK NA | SECURED | 131,925.00 | .00 | .00 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 1,000.00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | .00 | 2,482.54 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 5,000.00 | NA | NA | .00 | .00 |
| FIRST FRANKLIN | OTHER | .00 | NA | NA | .00 | .00 |
| NATIONAL CITY HOME L | SECURED | 111,404.00 | 111,423.46 | .00 | .00 | .00 |
| NATIONAL CITY HOME L | SECURED | 9,000.00 | 15,355.82 | 15,605.82 | 15,605.82 | .00 |
| FISHER & SHAPIRO | OTHER | .00 | NA | NA | .00 | .00 |
| FRIEDMAN & WEXLER | OTHER | .00 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | .00 | 731.69 | 731.69 | 131.10 | .00 |
| ASG | UNSECURED | 2,889.00 | NA | NA | .00 | .00 |
| ASG | OTHER | .00 | NA | NA | .00 | .00 |
| ADT | UNSECURED | 449.00 | NA | NA | .00 | .00 |
| ALLIED INTERSTATE | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN ONLINE | UNSECURED | 96.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

Case 04-46748    Doc 86    Filed 12/30/09    Entered 12/30/09 18:21:40    Desc Main
                              Document       Page 3 of 5

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN MEDICAL COL | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICAN MEDICAL COL | UNSECURED | 13.00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 483.00 | 2,082.48 | 2,082.48 | 373.12 | .00 |
| HARRIS TRUST & SAVIN | UNSECURED | 277.00 | NA | NA | .00 | .00 |
| BROTHER LOAN & FINAN | UNSECURED | 1,078.00 | 678.20 | 678.20 | 121.51 | .00 |
| CARE STATION PHYSICI | UNSECURED | 15.00 | 30.00 | 30.00 | 5.36 | .00 |
| SMC | UNSECURED | 900.00 | 940.96 | 940.96 | 167.91 | .00 |
| HOME DEPOT | OTHER | .00 | NA | NA | .00 | .00 |
| WAL MART STORES INC | UNSECURED | 212.00 | 397.36 | 397.36 | 71.19 | .00 |
| GRANTS TV APPLIANCE | UNSECURED | 747.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 11,500.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 160.00 | 400.00 | 400.00 | 71.67 | .00 |
| CITY OF CHICAGO PARK | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 198.00 | NA | NA | .00 | .00 |
| DEPAUL UNIVERSITY | OTHER | NA | NA | NA | .00 | .00 |
| DR SHAWN DAVIES | UNSECURED | 388.00 | NA | NA | .00 | .00 |
| DIRECTV | UNSECURED | 122.00 | NA | NA | .00 | .00 |
| DOUBLEDAY BOOKS | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| DR LEROY PERRY | UNSECURED | 513.00 | NA | NA | .00 | .00 |
| FEDERAL EXPRESS | UNSECURED | 27.00 | NA | NA | .00 | .00 |
| BANK ONE | UNSECURED | 1,633.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 1,000.00 | 505.71 | 505.71 | 90.24 | .00 |
| CITIBANK NA | UNSECURED | 3,912.00 | NA | NA | .00 | .00 |
| CARSON PIRIE SCOTT | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS | OTHER | .00 | NA | NA | .00 | .00 |
| HOLY CROSS HOSPITAL | UNSECURED | 349.00 | NA | NA | .00 | .00 |
| HOLY CROSS NEIGHBORH | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 3,700.00 | 4,008.08 | 4,008.08 | 718.13 | .00 |
| HOUSEHOLD RETAIL SER | UNSECURED | 2,675.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,000.00 | 1,071.62 | 1,071.62 | 191.22 | .00 |
| LITTLE CO MARY HOSPI | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| RICHARD A SNOW | OTHER | .00 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| LOWES | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,072.00 | NA | NA | .00 | .00 |
| MIDWEST ORTHAEPEDICS | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT | UNSECURED | 135.00 | NA | NA | .00 | .00 |

UST Form 101-13-FR-S(9/01/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AT&T WIRELESS | OTHER | .00 | NA | NA | .00 | .00 |
| PUBLISHERS CLEARING | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,300.00 | .00 | .00 | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 52.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | 179.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,000.00 | 3,083.90 | 3,083.90 | 552.54 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 615.00 | 611.24 | 611.24 | 109.52 | .00 |
| RETAILERS NATIONAL B | UNSECURED | 478.00 | NA | NA | .00 | .00 |
| RISK MANAGEMENT ALTE | UNSECURED | 117.00 | NA | NA | .00 | .00 |
| SAFEWAY INC | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| SUNRISE CREDIT | UNSECURED | 794.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 36,947.00 | 31,404.68 | 31,404.68 | 5,626.78 | .00 |
| UNIVERISTY OF CHICAG | UNSECURED | 242.00 | NA | NA | .00 | .00 |
| UNIVERSITY ANESTHESI | UNSECURED | 592.00 | NA | NA | .00 | .00 |
| XELCO COLLECTION SER | OTHER | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NA | 1,035.20 | 1,035.20 | 184.73 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NA | 6,099.09 | 6,099.09 | 1,092.77 | .00 |
| RESURGENT ACQUISITIO | UNSECURED | NA | 7,875.99 | 7,875.99 | 1,411.14 | .00 |
| AT & T WIRELESS | UNSECURED | NA | 483.53 | 483.53 | 86.28 | .00 |
| ISAC | UNSECURED | NA | 4,056.05 | 4,056.05 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 21,895.82 | 21,895.82 | .00 |
| Debt Secured by Vehicle | 25,984.09 | 25,984.09 | 2,711.39 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 47,879.91 | 47,879.91 | 2,711.39 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 69,781.62 | 11,775.91 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 6,532.79 |
| Disbursements to Creditors | $ | 62,367.21 |
| **TOTAL DISBURSEMENTS:** | $ | 68,900.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:   12/30/2009                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**